UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.  Attach additional pages if necessary.*   11th Circuit Docket Number: _____

| Caption:<br>City of Miami,<br>Defendant-Appellant,<br>V.<br>GRACE, INC.; ENGAGE MIAMI, INC.; SOUTH DADE BRANCH OF THE NAACP; MIAMI-DADE BRANCH OF THE NAACP; CLARICE COOPER; YANELIS VALDES; JARED JOHNSON; AND ALEXANDER CONTRERAS,<br>Plaintiff-Appellee | District and Division: Southern District of Florida (Miami)<br>Name of Judge: K. Michael Moore<br>Nature of Suit: 440 Civil Rights: Other<br>Date Complaint Filed: December 15, 2022<br>District Court Docket Number: _____<br>Date Notice of Appeal Filed: May 10, 2024<br>☐ Cross Appeal   ☐ Class Action<br>Has this matter previously been before this court?<br>☑ Yes   ☐ No<br>If Yes, provide<br>(a) Caption: City of Miami v. Grace, Inc., et al.<br>(b) Citation: 23-11854; 23-12472<br>(c) Docket Number: _____ |
|---|---|

| For Appellant:<br>☐ Plaintiff<br>☑ Defendant<br>☐ Other (Specify) | **Attorney Name**<br>GRAY ROBINSON, P.A.<br>Christopher N. Johnson<br>Marlene Quintana<br>Jason Unger<br>George T. Levesque<br>Andy Bardos | **Mailing Address**<br>333 SE 2nd Avenue, S-3200<br>Miami, FL 33131<br><br><br>301 S. Bronough Street, S-600<br>Tallahasee, FL 32301 | **Telephone, Fax, Email**<br>christopher.johnson@gray-robinson.cor<br>marlene.quintana@gray-robinson.com<br>jason.unger@gray-robinson.com<br>george.levesque@gray-robinson.com<br>andy.bardos@gray-robinson.com |
|---|---|---|---|
| For Appellee:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Daniel B. Tilley<br>Caroline A. McNamara<br>Nicholas L.V. Warren<br>Christopher J. Merken<br>Jocelyn Kirsch<br>Neil A. Steiner | 4343 W. Flagler Street, S-400<br>Miami, FL 33134<br>336 E. College Ave., S-203<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036 | dtilley@aclufl.org<br>cmcnamara@aclufl.org<br>nwarren@aclufl.org<br>christopher.merken@dechert.com<br>jocelyn.kirsch@dechert.com<br>neil.steiner@dechert.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☐ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☑ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☐ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☑ Injunction<br>☐ Other _____ | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☒ Preliminary   ☒ Granted<br>☒ Permanent    ☐ Denied |

USCA11 Case: 24-11550    Document: 9    Date Filed: 05/29/2024    Page: 2 of 2

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression? ☑ Yes ☐ No
What is the issue you claim is one of First Impression? Whether a governmental entity may be required to draw a Voting Rights Act protected District, but still have to set the Voting Age Population for the protected class at less than 50%.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute? ☑ Yes ☐ No

If Yes, provide
(a) Case Name/Statute Negron v. City of Miami Beach
(b) Citation 113 F.3d 1563
(c) Docket Number if unreported _____

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
(a) Arises from substantially the same case or controversy as this appeal? ☑ Yes ☐ No
(b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal? ☑ Yes ☐ No

If Yes, provide
(a) Case Name City of Miami v. Grace, Inc., et al.
(b) Citation 23-12472
(c) Docket Number if unreported _____
(d) Court or Agency U.S. Court of Appeal for the Eleventh Circuit

(4) Will this appeal involve a conflict of law
(a) Within the Eleventh Circuit? ☐ Yes ☑ No
(b) Among circuits? ☐ Yes ☑ No

If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:
Whether a governmental entity may be required to draw a Voting Rights Act protected District, but still have to set the Voting Age Population for the protected class at less than 50%.
Whether 50.3% Voting Age Population is sufficiently narrowly tailored to meet the strict scrutiny standard articulated in Bethune-Hill v. Va. State Bd. of Elections (Bethune-Hill), 580 U.S. 178, 195-96 (2017) standard.
Whether Negron v. City of Miami Beach, 114 F.3d 1563, 1569 (11th Cir. 1997) requires a governmental entity to set the population of Voting Rights Act protected District using Citizen Voting Age Population.
Whether the District Court failed to consider Plaintiffs' alternative maps, which did not produce significantly greater racial balance.
Whether the District Court failed to account for the functional analysis performed by the City's consultant's both prior to and subsequent to enacting the redistricting plans at issue.
Whether the District Court erred by not finding that significant numbers of voters were not place in any district because of their race.
Whether there was evidence supporting the District Court's finding that the original districts were racially gerrymandered at inception.
Whether the District Court erred in not finding that districting choices were based upon core retention.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 29 DAY OF May , 2024 .

Christopher N. Johnson
NAME OF COUNSEL (Print)                                    SIGNATURE OF COUNSEL