# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 24-11550

CITY OF MIAMI,
Defendant/Appellant,

v.

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRANCH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDER
CONTRERAS,

Plaintiffs/Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-24066-KMM

### CERTIFICATE OF INTERESTED PERSONS
### AND CORPORATE DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure as well as Eleventh Circuit Rule 26.1-2, the undersigned counsel of record hereby certifies that the following is a complete list of the trial judges, all attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of the particular case, including subsidiaries,

conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party:

1. Abbott, Carolyn, Plaintiff/Appellee's expert

2. ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees

3. Alford, John, Defendant/Appellant's expert

4. Bardos, Andy, Counsel for Defendant/Appellant

5. Carollo, Joe, Defendant/Appellant

6. City of Miami, Defendant/Appellant

7. Cody, Steven, Defendant/Appellant's expert

8. Contreras, Alexander, Plaintiff/Appellee

9. Cooper, Clarice, Plaintiff/Appellee

10. Covo, Sabina, Defendant/Appellant

11. De Grandy, Miguel, Defendant/Appellant's expert

12. Dechert LLP, Counsel for Plaintiffs/Appellees

13. Diaz de la Portilla, Alex, Defendant/Appellant

14. Engage Miami, Inc., Plaintiff/Appellee

15. Gabela, Miguel, Defendant/Appellant

16. GRACE, Inc., Plaintiff/Appellee

17. GrayRobinson, P.A., Counsel for Defendant/Appellant

18. Greco, John A, Counsel for Defendant/Appellant

19. Johnson, Christopher N., Counsel for Defendant/Appellant

20. Johnson, Jared, Plaintiff/Appellee

21. Jones, Kevin R., Counsel for Defendant/Appellant

22. King, Christine, Defendant/Appellant

23. Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

24. Levesque, George T., Counsel for Defendant/Appellant

25. Louis, Lauren F., United States Magistrate Judge, Southern District of Florida

26. McCartan, Cory, Plaintiff/Appellee's expert

27. McNamara, Caroline A., Counsel for Plaintiff/Appellee

28. McNulty, Kerri L., Counsel for Defendant/Appellant

29. Méndez, Victoria, Counsel for Defendant/Appellant

30. Merken, Christopher J., Counsel for Plaintiff/Appellee

31. Miami-Dade Branch of the NAACP, Plaintiff/Appellee

32. Moore, K. Michael, United States District Judge, Southern District of Florida

No. 24-11550
*City of Miami v. Grace, Inc. et al.*

33. Moy, Bryant J., Plaintiff/Appellee's expert

34. NAACP Florida State Conference, State Affiliate of Plaintiffs/Appellees

35. National Association for the Advancement of Colored People (NAACP)

36. Pardo, Damian, Defendant/Appellant

37. Quintana, Marlene, Counsel for Defendant/Appellant

38. Reyes, Manolo, Defendant/Appellant

39. South Dade Branch of the NAACP, Plaintiff/Appellee

40. Steiner, Neil A., Counsel for Plaintiff/Appellee

41. Suarez, Francis, Defendant/Appellant

42. Tilley, Daniel T., Counsel for Plaintiff/Appellee

43. Unger, Jason L., Counsel for Defendant/Appellant

44. Valdes, Yanelis, Plaintiff/Appellee

45. Warren, Nicholas L.V., Counsel for Plaintiff/Appellee

46. Wysong, George, Counsel for Defendant/Appellant

No. 24-11550
*City of Miami v. Grace, Inc. et al.*

## **CORPORATE DISCLOSURE STATEMENT**

I hereby certify pursuant to 11th Circuit Rule 26.1-3(b) that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

No other trial judge, attorney, person, association of persons, firm, partnership, or corporation known to the Appellant, City of Miami, or its counsel, has any current interest in the outcome of this matter.

Respectfully submitted on this 3rd day of June, 2024,

By: /s/ Christopher N. Johnson
GRAYROBINSON, P.A.
Christopher N. Johnson
Florida Bar No. 69329
Christopher.Johnson@gray-robinson.com
Marlene Quintana, B.C.S.
Florida Bar No. 88358
Marlene.Quintana@gray-robinson.com
333 S.E. 2nd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

No. 24-11550
*City of Miami v. Grace, Inc. et al.*

GRAYROBINSON, P.A.
George T. Levesque
Florida Bar No. 555541
George.Levesque@gray-robinson.com
Jason L. Unger, Esquire
Florida Bar No. 991562
Jason.Unger@gray-robinson.com
Andy Bardos
Florida Bar No. 822671
Andy.Bardos@gray-robinson.com
301 S. Bronough Street
Suite 600
Tallahassee, Florida 32301
Telephone: (850) 577-9090
Facsimile: (850) 577-3311

CITY OF MIAMI
GEORGE K. WYSONG, III, CITY ATTORNEY
FLORIDA BAR NO. 989010
JOHN A. GRECO, CHIEF DEPUTY CITY ATTORNEY
FLORIDA BAR NO. 991236
KEVIN R. JONES, DEPUTY CITY ATTORNEY
FLORIDA BAR NO. 119067
OFFICE OF THE CITY ATTORNEY
444 S.W. 2ND AVENUE
MIAMI, FL 33130
TELEPHONE: (305) 416-1800
FACSIMILE: (305) 416-1801
*Attorneys for Defendant/Appellant*

No. 24-11550
*City of Miami v. Grace, Inc. et al.*

## CERTIFICATE OF COMPLIANCE

I certify that this Notice has been prepared in a proportionally spaced typeface using Microsoft Word 2010 in 14-point Bookman Old font.

/s/ *Christopher N. Johnson*
Christopher N. Johnson
Florida Bar No. 69329
GRAYROBINSON, P.A.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2024, the foregoing was filed with the Court's CM/ECF system generating service upon all counsel of record.

/s/ *Christopher N. Johnson*
Christopher N. Johnson
Florida Bar No. 69329
GRAYROBINSON, P.A.