No. 24-11550

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

GRACE, INC., ET AL.,

*Plaintiffs-Appellees,*

v.

CITY OF MIAMI,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Florida, No. 1:22-cv-24066 (Moore, J.)

## PLAINTIFFS-APPELLEES' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Nicholas L.V. Warren
**ACLU FOUNDATION OF FLORIDA, INC.**
336 East College Avenue, Ste. 203
Tallahassee, FL 32301
(786) 363-1769
nwarren@aclufl.org

Daniel B. Tilley
Caroline A. McNamara
**ACLU FOUNDATION OF FLORIDA, INC.**
4343 West Flagler Street, Ste. 400
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Neil A. Steiner
Christopher J. Merken
**DECHERT LLP**
Cira Centre, 2929 Arch Street,
Philadelphia, PA 19104
(215) 994-4000
neil.steiner@dechert.com
christopher.merken@dechert.com

*Attorneys for Plaintiffs-Appellees*

No. 24-11550, *GRACE, Inc. v. City of Miami*

# CERTIFICATE OF INTERESTED PERSONS

Under Federal Rule of Appellate Procedure 26.1 and this Court's Local Rule 26.1, Plaintiffs-Appellees certify that the following list have an interest in the outcome of this appeal:

1. Abott, Carolyn, *Testifying Expert for Plaintiffs-Appellees*
2. ACLU Foundation of Florida, Inc., *Counsel for Plaintiffs-Appellees*
3. Alford, John, *Testifying Expert for Defendant-Appellant*
4. Bardos, Andy, *Counsel for Defendant-Appellant*
5. Carollo, Joe, *Defendant-Appellant*
6. City of Miami, *Defendant-Appellant*
7. Cody, Steven, *Defendant-Appellant's expert*
8. Contreras, Alexandra, *Plaintiff-Appellee*
9. Cooper, Clarice, *Plaintiff-Appellee*
10. Covo, Sabina, *Former Defendant-Appellant*
11. De Grandy, Miguel, *Testifying Expert for Defendant-Appellant*
12. Dechert LLP, *Counsel for Plaintiffs-Appellees*
13. Díaz de la Portilla, Alex, *Former Defendant-Appellant*
14. Engage Miami, Inc., *Plaintiff-Appellee*
15. Gabela, Miguel, *Defendant-Appellant*
16. GrayRobinson, P.A., *Counsel for Defendant-Appellant*

17. Grove Rights and Community Equity, Inc. (GRACE), *Plaintiff-Appellee*

18. Greco, John A., *Counsel for Defendant-Appellant*

19. Johnson, Christopher N., *Counsel for Defendant-Appellant*

20. Johnson, Jared, *Plaintiff-Appellee*

21. Jones, Kevin R., *Counsel for Defendant-Appellant*

22. King, Christine, *Defendant-Appellant*

23. Kirsch, Jocelyn, *Former Counsel for Plaintiffs-Appellees*

24. Levesque, George T., *Counsel for Defendant-Appellant*

25. Louis, Lauren F., *United States Magistrate Judge, Southern District of Florida*

26. McCartan, Cory, *Testifying Expert for Plaintiffs-Appellees*

27. McNamara, Caroline A., *Counsel for Plaintiffs-Appellees*

28. McNulty, Kerri L., *Counsel for Defendant-Appellant*

29. Méndez, Victoria, *Counsel for Defendant-Appellant*

30. Merken, Christopher J., *Counsel for Plaintiffs-Appellees*

31. Miami-Dade Branch of the NAACP, *Plaintiff-Appellee*

32. Moore, K. Michael, *United States District Judge, Southern District of Florida*

33. Moy, Bryant J., *Testifying Expert for Plaintiffs-Appellees*

34. NAACP Florida State Conference, *State Affiliate of Plaintiffs-Appellees*

35. Pardo, Damian, *Defendant-Appellant*

36. Quintana, Marlene, *Counsel for Defendant-Appellant*

37. Reyes, Manolo, *Defendant-Appellant*

38. National Association for the Advancement of Colored People (NAACP), *National Affiliate of Plaintiffs-Appellees*

39. South Dade Branch of the NAACP, *Plaintiff-Appellee*

40. Steiner, Neil A., *Counsel for Plaintiffs-Appellees*

41. Suarez, Francis X., *Defendant-Appellant*

42. Tilley, Daniel T., *Counsel for Plaintiffs-Appellees*

43. Unger, Jason L., *Counsel for Defendant-Appellant*

44. Valdes, Yanelis, *Plaintiff-Appellee*

45. Warren, Nicholas L.V., *Counsel for Plaintiffs-Appellees*

46. Wysong, George, *Counsel for Defendant-Appellant*

## CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1, Plaintiffs-Appellees certify that the GRACE, Inc.; Engage Miami, Inc.; South Dade Branch of the NAACP; and Miami-Dade Branch of the NAACP each has no parent corporation, and no publicly held corporation owns 10% or more of any of those entities' stock. The remaining Plaintiffs-Appellees are individual persons.

Under this Court's Local Rule 26.1-1, Counsel for the Plaintiffs-Appellees

further certify that no publicly traded company or corporation has an interest in the outcome of this case or appeal.

Under this Court's Local Rules 26.1-2(c) and 26.1-4, Plaintiffs-Appellees certify that the CIP contained herein is complete.

Dated: June 10, 2024                           */s/ Caroline A. McNamara*

                                                  Caroline A. McNamara
                                                **ACLU FOUNDATION OF FLORIDA, INC.**
                                                4343 West Flagler Street, Ste. 400
                                                Miami, FL 33134
                                                (786) 363-1392
                                                cmcnamara@aclufl.org