# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

Case No. 24-11550

CITY OF MIAMI,
Defendant/Appellant,

v.

GRACE, INC.; ENGAGE MIAMI, INC.;
SOUTH DADE BRANCH OF THE NAACP;
MIAMI-DADE BRANCH OF THE NAACP;
CLARICE COOPER; YANELIS VALDES;
JARED JOHNSON; and ALEXANDRA
CONTRERAS,

Plaintiffs/Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:22-cv-24066-KMM

---

**MOTION FOR DISMISSAL**

City of Miami V. Grace, Inc., et al.
No. 24-11550

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

The parties furnish this certificate of interested persons and corporate disclosure statement.

1. Abbott, Carolyn, Plaintiff/Appellee's expert

2. ACLU Foundation of Florida, Inc., Counsel for Plaintiffs/Appellees

3. Alford, John, Defendant/Appellant's expert

4. Bardos, Andy, Counsel for Defendant/Appellant

5. Carollo, Joe, Defendant/Appellant

6. City of Miami, Defendant/Appellant

7. Cody, Steven, Defendant/Appellant's expert

8. Contreras, Alexandra, Plaintiff/Appellee

9. Cooper, Clarice, Plaintiff/Appellee

10. Covo, Sabina, Defendant/Appellant

11. De Grandy, Miguel, Defendant/Appellant's expert

12. Dechert LLP, Counsel for Plaintiffs/Appellees

13. Diaz de la Portilla, Alex, Defendant/Appellant

14. Engage Miami, Inc., Plaintiff/Appellee

15. Gabela, Miguel, Defendant/Appellant

16. GRACE, Inc., Plaintiff/Appellee

USCA11 Case: 24-11550  Document: 17  Date Filed: 07/05/2024  Page: 3 of 8

City of Miami V. Grace, Inc., et al.
No. 24-11550

17. GrayRobinson, P.A., Counsel for Defendant/Appellant

18. Greco, John A, Counsel for Defendant/Appellant

19. Johnson, Christopher N., Counsel for Defendant/Appellant

20. Johnson, Jared, Plaintiff/Appellee

21. Jones, Kevin R., Counsel for Defendant/Appellant

22. King, Christine, Defendant/Appellant

23. Kirsch, Jocelyn Kirsch, Counsel for Plaintiff/Appellee

24. Levesque, George T., Counsel for Defendant/Appellant

25. Louis, Lauren F., United States Magistrate Judge, Southern District of Florida

26. McCartan, Cory, Plaintiff/Appellee's expert

27. McNamara, Caroline A., Counsel for Plaintiff/Appellee

28. McNulty, Kerri L., Counsel for Defendant/Appellant

29. Méndez, Victoria, Counsel for Defendant/Appellant

30. Merken, Christopher J., Counsel for Plaintiff/Appellee

31. Miami-Dade Branch of the NAACP, Plaintiff/Appellee

32. Moore, K. Michael, United States District Judge, Southern District of Florida

33. Moy, Bryant J., Plaintiff/Appellee's expert

34. NAACP Florida State Conference, State Affiliate of Plaintiffs/Appellees

35. National Association for the Advancement of Colored People (NAACP)

36. Pardo, Damian, Defendant/Appellant

37. Quintana, Marlene, Counsel for Defendant/Appellant

38. Reyes, Manolo, Defendant/Appellant

39. South Dade Branch of the NAACP, Plaintiff/Appellee

40. Steiner, Neil A., Counsel for Plaintiff/Appellee

41. Suarez, Francis, Defendant/Appellant

42. Tilley, Daniel T., Counsel for Plaintiff/Appellee

43. Unger, Jason L., Counsel for Defendant/Appellant

44. Valdes, Yanelis, Plaintiff/Appellee

45. Warren, Nicholas L.V., Counsel for Plaintiff/Appellee

46. Wysong, George, Counsel for Defendant/Appellant

## **CORPORATE DISCLOSURE STATEMENT**

I hereby certify pursuant to 11th Circuit Rule 26.1-3(b) that no publicly traded company or corporation has an interest in the outcome of the case or appeal.

City of Miami V. Grace, Inc., et al.
No. 24-11550

No other trial judge, attorney, person, association of persons, firm, partnership, or corporation known to the Appellant, City of Miami, or its counsel, has any current interest in the outcome of this matter.

C-1 of 4

# MOTION FOR DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), Appellant, the City of Miami, respectfully moves to dismiss this appeal. Appellees, GRACE, Inc.; Engage Miami, Inc.; South Dade Branch of the NAACP; Miami-Dade Brach of the NAACP; Clarice Cooper; Yanelis Valdes; Jared Johnson; Alexandra Contreras; and Steven Miro, do not oppose and stipulate to the dismissal of this appeal.

Each party will bear its own costs associated with this appeal.

WHEREFORE, Appellant, the City of Miami, respectfully moves to dismiss this appeal.

Respectfully submitted on this 5th day of July, 2024,

/s/ *Nicholas L.V. Wareren*　　　　/s/ *Christopher N. Johnson*
Nicholas L.V. Warren　　　　　　　Christopher N. Johnson
(FBN 1019018)　　　　　　　　　　(FBN 69329)
ACLU FOUNDATION OF FLORIDA　　　GRAYROBINSON, P.A.
1809 Art Museum Dr., Suite 203　　333 S.E. 2nd Avenue
Jacksonville, Florida 32205　　　　Suite 3200
Telephone: 786-363-1769　　　　　Miami, Florida 33131
nwarren@aclufl.org　　　　　　　　Telephone: 305-416-6880

1

Daniel B. Tilley (FBN 102882)
Caroline A. McNamara
(FBN 1038132)
ACLU FOUNDATION OF FLORIDA
4343 West Flagler Street,
Suite 400
Miami, Florida 33134
Telephone: 786-363-2714
dtilley@aclufl.org
cmcnamara@aclufl.org

Christopher J. Merken
Pennsylvania Bar No. 329814
DECHERT, LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104
Telephone: 215-994-4000
christopher.merken@dechert.com

*Attorneys for Plaintiffs-Appellees*

George T. Levesque
(FBN 55555)
GRAYROBINSON, P.A.
301 South Bronough Street,
Suite 600
Tallahassee, Florida 32301
Telephone: 850-577-9090
george.levesque@gray-robinson.com

*Attorneys for Defendant-Appellant*

2

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), undersigned counsel certifies, in reliance on the word count of the word-processing system used to prepare this document, that this document contains 775 words and therefore complies with the type-volume limitation set forth in Federal Rule of Appellate Rule 27(d)(2).

Undersigned counsel further certifies that this document was prepared in a proportionally spaced typeface using Bookman Old Style in 14-point font and therefore complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6).

/s/ Christopher N. Johnson
Christopher N. Johnson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 5, 2024, the foregoing was filed with the Court's CM/ECF system generating service upon all counsel of record.

/s/ Christopher N. Johnson
Christopher N. Johnson

3